Attorney: RAYMOND NARDO, ESQ.

UNITED STATES DISRTICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID KLEINBERG

PLAINTIFF

- Against -

NEW YORK UNIVERSITY SCHOOL OF MEDICINE

DEFENDANT

AFFIDAVIT OF SERVICE

INDEX#: 08-CV-00315
COURT DATE:

STATE OF NEW YORK: COUNTY OF NASSAU  ss:

HARRY TORRES being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on 4/21/2008 at 4:50:00 PM at:

530 FIRST AVE., DEANS OFFICE, RM 153
NEW YORK, N.Y., 10016

Deponent served the within SUMMONS IN A CIVIL ACTION COMPALINT AND JURY DEMAND upon NEW YORK UNIVERSITY SCHOOL OF MEDICINE the therein named.
PAYABLE TO HOWARD SCHNITZER.
by leaving a true copy with JENNIFER FARIA, ADMINISTRATIVE ASSISTANT.

Deponent further states that he describes the person actually served as follows:

SEX: FEMALE   SKIN: WHITE   HAIR: BLACK   APP.AGE: 40   APP.HEIGHT.: 5/2   WEIGHT: 120lb

OTHER:

That at the time of such service deponent knew the person so served to be the same person mentioned and described as the DEFENDANT in this action.

SWORN TO BEFORE ME ON: 4/24/2008

HARRY TORRES

Notary Public State of New York
BRUCE K KUSTKA
NO 4860872
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MAY 27, 2010

ASAP SERVICES, INC., 91 CHIMNEY LN., LEVITTOWN, N.Y. 11756     OUR JOB# 2007347