NANCY KILSON, ESQ. (NK-4557)
NEW YORK UNIVERSITY
OFFICE OF LEGAL COUNSEL
70 Washington Square South, 11th Floor
New York, New York 10012

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____            │
│ DATE FILED: 5/16/08              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID KLEINBERG,

    Plaintiff,

    v.

NEW YORK UNIVERSITY SCHOOL
OF MEDICINE,

    Defendant.

---

08 CV 315 (MGC)

Stipulation Extending
Answering Time

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

that the time of Defendant New York University to answer, move against or otherwise

respond to the complaint is hereby extended through and including May 26, 2008, except

that the Defendant hereby waives any defense based on the manner of service of the

summons and complaint.

Dated:   New York, New York
     April 30, 2008

            LAW OFFICE OF RAYMOND NARDO

    By:

            RAYMOND NARDO
            129 Third Street
            Mineola, New York 11501
            (516) 248-2121
            Attorney for Plaintiff

NEW YORK UNIVERSITY
OFFICE OF LEGAL COUNSEL

By:

NANCY KILSON
Associate General Counsel
70 Washington Square South
New York, New York  10012
(212) 998-2258
Attorney for Defendant

SO ORDERED:

Miriam Goldman Cedarbaum
United States District Judge

00007561                        2