NANCY KILSON, ESQ. (NK-4557)
NEW YORK UNIVERSITY
OFFICE OF LEGAL COUNSEL
70 Washington Square South, 11th Floor
New York, New York 10012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID KLEINBERG,

        Plaintiff,

v.

NEW YORK UNIVERSITY SCHOOL
OF MEDICINE,

        Defendant.

---

08 CV 315 (MGC)

Stipulation Extending
Answering Time

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time of Defendant New York University to answer, move against or otherwise respond to the complaint is hereby extended through and including May 26, 2008, except that the Defendant hereby waives any defense based on the manner of service of the summons and complaint.

Dated:   New York, New York
        April 30, 2008

LAW OFFICE OF RAYMOND NARDO

By: _____
RAYMOND NARDO
129 Third Street
Mineola, New York 11501
(516) 248-2121
Attorney for Plaintiff

NEW YORK UNIVERSITY
OFFICE OF LEGAL COUNSEL

By: /s/ Nancy Kilson
NANCY KILSON
Associate General Counsel
70 Washington Square South
New York, New York 10012
(212) 998-2258
Attorney for Defendant

SO ORDERED:

/s/
_____
Miriam Goldman Cedarbaum
United States District Judge