UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID KLEINBERG,                    Plaintiff, | Case No. 08 CV 315 (MGC) |
| -v- | **Rule 7.1 Statement** |
| NEW YORK UNIVERSITY SCHOOL OF MEDICINE,              Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for New York University School of Medicine (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: May 27, 2008

Signature of Attorney

Attorney Bar Code: NK-4557

Form Rule7_1.pdf  SDNY Web 10/2007