```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DAVID KLEINBERG,
                                            :    08-315 (MGC)
                    Plaintiff,              :
                                                 **NOTICE OF DISMISSAL**
         -against-                          :    **WITHOUT PREJUDICE**

NEW YORK UNIVERSITY SCHOOL OF MEDICINE:

                    Defendant.              :
----------------------------------------X

Plaintiff hereby voluntarily dismisses the above action, without prejudice, before service by the adverse party of an answer pursuant to Rule 41(a)(1).

Dated:    Mineola, NY
          June 16, 2006

_____
RAYMOND NARDO, ESQ. (4773)
Attorney for plaintiff
129 Third Street
Mineola, NY 11501
(516) 248-2121


SO ORDERED: May 27, 2008

_____
U.S.D.J.